641 S.E.2d 785

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, Appellant,

v.

Leslie C. ELY, Graycon, Inc. and J.F. Schoch Building Corporation and Building Insurance Association, Inc., Appellees.

Travelers Property Casualty Company of America, Appellant,

v.

Matthew L. Bailey, Willie M. Thomas Home Improvements and Uninsured Employers' Fund, Appellees.

Record Nos. 1056–06–1, 1057–06–1.

Court of Appeals of Virginia.

March 13, 2007.

Upon a Petition for Rehearing En Banc

On February 16, 2007 came the appellant, by counsel, and filed a petition requesting that the Court set aside the judgment rendered herein on February 6, 2007, and grant a rehearing *en banc* thereof.

On consideration whereof, the petition for rehearing en banc is granted, the mandate entered herein on February 6, 2007 is

stayed pending the decision of the Court en banc, and the appeal is reinstated on the docket of this Court.

Notwithstanding the provisions of Rule 5A:35, the following briefing schedule hereby is established: Appellant shall file an opening brief upon rehearing *en banc* within 21 days of the date of entry of this order; appellees shall file an appellee's brief upon rehearing *en banc* within 14 days of the date on which the opening brief is filed; and appellant may file a reply brief upon rehearing *en banc* within 14 days of the date on which the appellees' brief is filed. The appellant shall attach as an addendum to the opening brief upon rehearing *en banc* a copy of the opinion previously rendered by the Court in this matter. It is further ordered that the appellant shall file twelve additional copies of the appendix previously filed in this case.